HYLAND *v.* THE WATER WORKS COMPANY OF INDIANAPOLIS ET AL.

FEES AND SALARIES.—*Statute.*—Section ten of the act of February 21st, 1871, known as the fee and salary law, is constitutional.

APPEAL from the Marion Common Pleas.

DOWNEY, J.—The only question in this case is, whether section ten of the act of February 21st, 1871, known as the fee and salary law, which fixes one dollar and fifty cents as the *per diem* of witnesses attending the Supreme, circuit, and criminal courts, and courts of common pleas, is valid or not. We have concluded that it is valid.

The judgment of the common pleas, taxing the witness fees in this case as thus fixed, is therefore affirmed, with costs.

*N. B. Taylor*, *E. Taylor*, *T. A. Hendricks*, *O. B. Hord*, *A. W. Hendricks*, *J. Hanna*, *F. Knefler*, *J. E. McDonald*, *J. M. Butler*, and *E. M. McDonald*, for appellant.

*A. G. Porter*, *B. Harrison*, and *C. C. Hines*, for appellees.